UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RAYMOND L. STRONG,**

  **Petitioner,**

v.             Case No.  5:23-cv-76-TKW-MAF

**RICKY DIXON,** Secretary, Florida
Department of Corrections**,**

  **Respondent.**
_____/

## ORDER

  This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 63) and Petitioner's objections (Docs. 66, 67, 68).  The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3).

  Based on that review, the Court agrees with the magistrate judge's determination that this §2254 habeas case should be dismissed without prejudice because Petitioner has not exhausted his state remedies.  Even if, as Petitioner claims, he exhausted all state appeals of his pretrial claim of immunity from prosecution, that would not change the outcome of this case because it is undisputed that Petitioner is now in custody based on the judgment and sentence that resulted from that prosecution (not the order denying pretrial immunity) and that he has not

exhausted his state remedies related to the judgment and sentence. Moreover, there is no merit to Petitioner's claim that the magistrate judge showed "favoritism" to Respondent by granting a motion for extension of time. Finally, because reasonable jurists would not disagree on the question of whether Petitioner has exhausted his state remedies, the Court agrees with the magistrate judge's determination that a certificate of appealability and leave to appeal in forma pauperis should be denied.

Accordingly, it is **ORDERED** that:

1. Petitioner's objections are overruled, and the magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss (Doc. 55) is **GRANTED**, and this case is **DISMISSED without prejudice** for failure to exhaust state remedies.

3. A certificate of appealability is **DENIED**.

4. Leave to appeal in forma pauperis is **DENIED**.

4. The Clerk shall terminate all pending motions, enter judgment in accordance with this Order, and close the case file.

**DONE and ORDERED** this 26th day of January, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**